# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AUTUMN CORPORATION d/b/a AUTUMN CARE OF MARION, <br><br> Plaintiff, <br><br> 360CARE LLC and LEXINGTON INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: _____ <br><br> **NOTICE OF REMOVAL** <br> **(DIVERSITY OF CITIZENSHIP)** <br> **28 U.S.C. § 1446(a)** |

Defendant, LEXINGTON INSURNACE COMPANY, ("Lexington"), by and through undersigned counsel, hereby gives notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, from the Superior Court for McDowell County, North Carolina ("McDowell County Superior Court"), to the United States District Court for the Western District of North Carolina. As grounds for removal, Lexington alleges as follows upon personal knowledge as to its own conduct and status and upon information and belief as to all other matters.

## FACTUAL BACKGROUND

1. This action was filed in the McDowell County Superior Court by Plaintiff, AUTUMN CORPORATION d/b/a AUTUMN CARE OF MARION ("Plaintiff" or "Autumn Care"), on or about May 15, 2023. Venue is proper within this Court pursuant to 28 U.S.C. §§ 113(c) and 1441(a) because McDowell County is located within the Western District of North Carolina. A copy of the initial pleading filed in this action is annexed hereto as **Exhibit "A".**

2. The North Carolina Department of Insurance received a copy of Plaintiff's Complaint on May 23, 2023, and mailed a copy of the same to Lexington on May 30, 2023. A copy of the letter from Courtney H. Ethridge of the North Carolina Department of Insurance, to

1

Plaintiff's Counsel, together with her affidavit of receipt and proof of mailing, are collectively annexed hereto as **Exhibit "B".**

3. On June 28, 2023, counsel for Lexington contacted counsel for Defendant, 360Care LLC, to obtain 360Care LLC's consent to removal. By e-mail dated June 29, 2023, 360Care LLC consented to Lexington's removal of this action to the Western District of North Carolina. A copy of counsel's e-mail consenting to the same is annexed hereto as **Exhibit "C".**

4. Plaintiff generally alleges that pursuant to a contract entered into between Plaintiff and Defendant 360Care LLC, Defendant 360Care LLC is obligated to defend and indemnify Plaintiff in connection with an underlying arbitration proceeding entitled *In re Arbitration Matter of Terosha Seitz, as Administrator for the Estate of Teresa Lynne Aldridge Seitz v. Autumn Care of Marion* (the "Arbitration"). Upon information and belief, in the Arbitration, the Estate of Teresa Lynne Aldridge Seitz seeks damages for personal injuries and wrongful death suffered by Ms. Seitz while under the care of Plaintiff.

5. Plaintiff further claims that it is entitled to a defense and indemnification from Lexington because it qualifies as an additional insured under an insurance policy issued by Lexington to Defendant 360Care LLC.

6. Pursuant to 28 U.S.C. § 1446(d), Lexington is serving a copy of this Notice of Removal upon all other parties to this case. Lexington is also filing a copy of the same with the Clerk of the McDowell County Superior Court.

7. By filing this Notice of Removal, Lexington does not waive any of its rights or the rights of Care360 LLC to object to service of process, sufficiency of process, jurisdiction over the person, or venue, and specifically reserves its rights, as well as the rights of 360Care LLC, to assert any defenses and/or objections to which they may be entitled.

2

Case 1:23-cv-00164-MR-WCM   Document 1   Filed 06/29/23   Page 2 of 5

8. Lexington reserves the right to amend and/or supplement this Notice of Removal.

**REMOVAL IS PROPER UNDER 28 U.S.C. §§ 1332, 1441 AND 1446**

9. Removal of this action is proper under 28 U.S.C. § 1441 which provides that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

10. This case is removable under 28 U.S.C. §§ 1332 and 1446 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

11. Upon information and belief, Plaintiff Autumn Care is a corporation organized and existing under the laws of the State of North Carolina. **Exhibit "A"**, ¶ 1.

12. Defendant Lexington is an insurance company organized and existing under the laws of the State of Delaware, with a principal place of business in the Commonwealth of Massachusetts. **Exhibit "A"**, ¶ 3; *see* https://www.lexingtoninsurance.com/home/contact-us (last accessed June 28, 2023).

13. Upon information and belief, Defendant 360Care LLC is a limited liability company organized and existing under the laws of Kentucky, with a principal place of business in Kentucky. **Exhibit "A"**, ¶ 2.

14. As such, Plaintiff is a citizen of North Carolina, Defendant Lexington is a citizen of Delaware and Massachusetts, and Defendant 360Care LLC is a citizen of Kentucky.

15. The amount in controversy in this action exceeds the sum of $75,000.00, exclusive of costs and interests, inasmuch as Plaintiff Autumn seeks a defense and indemnification from

3

Lexington for damages resulting from the alleged negligent treatment and ultimate wrongful death of Ms. Seitz.

WHEREFORE, Defendant Lexington Insurance Company hereby removes this action to the United States District Court for the Western District of North Carolina.

This the 29th day of June, 2023.

GOLDBERG SEGALLA LLP

/s/ David L. Brown
David L. Brown (N.C. State Bar No. 18942)
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
Telephone: (336) 419-4910
Facsimile: (336) 419-4950
E-Mail: dbrown@goldbergsegalla.com

*Attorneys for Defendant*
*Lexington Insurance Company*

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a copy of the foregoing Notice of Removal was served upon all counsel of record via United States First Class Mail, postage prepaid, addressed as follows:

> David W. Earley, Esq.
> Christy C. Dunn, Esq.
> YOUNG MOORE AND HENDERSON, P.A.
> 3101 Glenwood Avenue, Suite 200
> Raleigh, North Carolina 27612
> david.earley@youngmoorelaw.com
> christy.dunn@youngmoorelaw.com
> *Attorneys for Plaintiff*
> *Autumn Care Corporation d/b/a Autum Care of Marion*
>
> Alexander M. Gormley, Esq.
> WILLIAMS MULLEN
> 301 Fayetteville Street, Suite 1700
> Raleigh, North Carolina 27601
> agormley@williamsmullen.com
> *Attorneys for Defendant*
> *360Care LLC*

This the 29th day of June, 2023

> GOLDBERG SEGALLA LLP
>
> /s/    David L. Brown
> David L. Brown (N.C. State Bar No. 18942)
> 701 Green Valley Road, Suite 310
> Greensboro, North Carolina 27408
> Telephone:    (336) 419-4910
> Facsimile:    (336) 419-4950
> E-Mail:    dbrown@goldbergsegalla.com
>
> *Attorneys for Defendant*
> *Lexington Insurance Company*